UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kimberly Smart<br><br>            Plaintiff,<br><br>v.<br><br>The Law Offices of Steven A. Booska<br><br>            Defendants. | Case No.  CV 17-07208-AB (ASx)<br><br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **_60_ days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  December 14, 2017    _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE