# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Kimberly Smart,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>The Law Offices of Steven A. Booska,<br><br>　　　　Defendant. | Case No.: 2:17-cv-07208-AB-AS<br><br>**[PROPOSED] ORDER** |

　　Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: March 20, 2018　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　Judge: André Birotte Jr.

2:17-cv-07208-AB-AS　　　　　　　　　　　　　　　　　　PROPOSED ORDER